IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK CARPENTER, ADMINISTRATOR OF THE ESTATE OF DANIEL N. GRIMES, | : : : : | |
| Plaintiff, | : : | CASE NO. 2:23-cv-3885 |
| v. | : : | JUDGE WATSON |
| THELMA GALLOWAY, *et al.*, | : : | MAGISTRATE JUDGE JOLSON |
| Defendants. | : | |

## MOTION FOR SERVICE BY PUBLICATION

Now comes the United States of America and respectfully moves the Court to serve Defendants unknown heirs, spouse, and estate representatives of Thelma Galloway; unknown heirs, spouse, and estate representatives of Thelma Coble; unknown heirs, spouse, and estate representatives of Bruce Anderson; unknown heirs, spouse, and estate representatives of Lori Hall; unknown heirs, spouse, and estate representatives of Jan E. Browning; Richard Browning, unknown heirs, spouse, and estate representatives of Richard Browning; unknown heirs, spouse, and estate representatives of Dianne Newell; unknown heirs, spouse, and estate representatives of Eric Browning; unknown heirs, spouse, and estate representatives of Jay Grimes; unknown heirs, spouse, and estate representatives of Dale Grimes; unknown heirs, spouse, and estate representatives of Jay Grimes; unknown heirs, spouse, and estate representatives of Rita Carpenter; unknown heirs, spouse, and estate representatives of

Mary LittleJohn; unknown heirs, spouse, and estate representatives of Myrna Sidle; unknown heirs, spouse, and estate representatives of Doris Miller; unknown heirs, spouse, and estate representatives of Clarence Green; unknown heirs, spouse, and estate representatives of Roger Green; Nathan Green; unknown heirs, spouse, and estate representatives of Nathan Green; Tyler Green;  unknown heirs, spouse, and estate representatives of Tyler Green; Travis Green; unknown heirs, spouse, and estate representatives of Travis Green; unknown heirs, spouse, and estate representatives of Marjorie Holtz; unknown heirs, spouse, and estate representatives of Shannon Burnett; unknown heirs, spouse, and estate representatives of Neil Miller; unknown heirs, spouse, and estate representatives of Carol Hanby; unknown heirs, spouse, and estate representatives of  Stephen Miller; unknown heirs, spouse, and estate representatives of Marvin Miller; unknown heirs, spouse, and estate representatives of Gertrude Shirley Sidle; unknown heirs, spouse, and estate representatives of Don Grimes; unknown heirs, spouse, and estate representatives of Denise Taylor; unknown heirs, spouse, and estate representatives of Angela Grimes; unknown heirs, spouse, and estate representatives of Kathie Ewing; unknown heirs, spouse, and estate representatives of Linda Collins; unknown heirs, spouse, and estate representatives of Don Grimes; unknown heirs, spouse, and estate representatives of David Grimes; unknown heirs, spouse, and estate representatives of Marjorie Grimes; unknown heirs, spouse, and estate representatives of R. Matthew Ernst; unknown heirs, spouse, and estate representatives of Loren Grimes; unknown heirs, spouse, and estate representatives of Loren Grimes, Jr.; unknown heirs, spouse, and estate representatives of Jane Tarrant;

unknown heirs, spouse, and estate representatives of Luann Mansfield; unknown heirs, spouse, and estate representatives of Amelia Winifred Jones; unknown heirs, spouse, and estate representatives of Timothy C. Sturm; unknown heirs, spouse, and estate representatives of Daniel R. Sturm; unknown heirs, spouse, and estate representatives of Karen S. Lal; and unknown heirs, spouse, and estate representatives of Connie L. Cameron via publication. The grounds for this Motion are set forth in detail in the attached Memorandum in Support.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/*Stephanie M. Rawlings*
STEPHANIE M. RAWLINGS (0075068)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715 Fax: (614) 469-5240
stephanie.rawlings@usdoj.gov

**MEMORANDUM**

The Defendants listed on the United States' Motion for Service by Publication are listed on Plaintiff's Complaint filed August 30, 2023 as "current address unknown." On October 18, 2023, Plaintiff filed a Motion for Service by Publication in the Licking County Probate Court which was granted on October 26, 2023. As the addresses are unavailable to Plaintiff, they are similarly unavailable to Defendant United States of America.

For the above reasons, the United States respectfully requests the Court order service by publication.

KENNETH L. PARKER
United States Attorney

s/*Stephanie M. Rawlings*
STEPHANIE M. RAWLINGS (0075068)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715 Fax: (614) 469-5240
stephanie.rawlings@usdoj.gov

5

## **CERTIFICATE OF SERVICE**

I certify that on November 22, 2023, I electronically filed the foregoing Motion for Service by Publication using the Court's CM/ECF system.

*s/ Stephanie M. Rawlings*
Stephanie M. Rawlings (0075068)
Assistant United States Attorney
