IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICK CARPENTER, ADMINISTRATOR OF THE ESTATE OF DANIEL N. GRIMES, | : : : : |
| Plaintiff, | : CASE NO. 2:23-cv-3885 |
| v. | : JUDGE WATSON |
| THELMA GALLOWAY, *et al.*, | : MAGISTRATE JUDGE JOLSON |
| Defendants. | : |

## DECLARATION OF STEPHANIE M. RAWLINGS

I, Stephanie M. Rawlings, Assistant United States Attorney, make the following declaration under 28 U.S.C. § 1746:

1. I am counsel for the United States of America in the above-captioned case. I do not have access to addresses for the defendants listed in the Motion for Service by Publication.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 21, 2023

Stephanie M. Rawlings (0075068)
Assistant United States Attorney