IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK CARPENTER, | : | |
| ADMINISTRATOR OF THE ESTATE | : | |
| OF DANIEL N. GRIMES, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:23-cv-3885 |
| | : | |
| v. | : | JUDGE WATSON |
| | : | |
| THELMA GALLOWAY, *et al.*, | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| Defendants. | : | |

**ENTRY GRANTING MOTION OF THE UNITED STATES OF AMERICA**

The Court, having reviewed the Motion of the United States for Service by Publication and the accompanying Memorandum in Support, finds said Motions to be well-taken. The Clerk is hereby instructed to initiate the process to serve the Defendants listed in the Motion for Service by Publication.

                                                                              Magistrate Judge Jolson

Entry prepared by:

s/ *Stephanie M. Rawlings*
STEPHANIE M. RAWLINGS (0075068)
Assistant United States Attorney

6